AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| Hodl Law, PLLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-1832-L-JLB |
| Securities and Exchange Commission | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Securities and Exchange Commission                                          .

Date:  02/06/2023                                              /s/ Alexandra Verdi
                                                                          *Attorney's signature*

                                                            Alexandra Verdi (NY Reg. No. 5480934)
                                                                   *Printed name and bar number*
                                                            U.S. Securities and Exchange Commission
                                                                            100 F St. NE
                                                                    Washington, D.C. 20549
                                                                              *Address*

                                                                        verdim@sec.gov
                                                                        *E-mail address*

                                                                        (202) 551-5057
                                                                      *Telephone number*

                                                                        (202) 772-9263
                                                                         *FAX number*