1  Alexandra Verdi (NY Reg. No. 5480934)
2  verdim@sec.gov
   U.S. Securities and Exchange Commission
3  100 F Street, NE
4  Washington, D.C. 20549-9613
   Tel: 202-551-5057
5  Fax: 202-772-9263
6
7  Attorney for Defendant
   Securities and Exchange Commission
8
9              UNITED STATES DISTRICT COURT
10             SOUTHERN DISTRICT OF CALIFORNIA
11
12
13
14 HODL LAW, PLLC,                    Case No.  22-cv-1832-L-JLB
15         Plaintiff,                 **NOTICE OF SEC'S MOTION TO DISMISS**
16    vs.                             Judge: Hon. M. James Lorenz
17 SECURITIES AND EXCHANGE            Hearing Date: March 13, 2023
   COMMISSION,                        Hearing Time: 10:30 am
18         Defendant.                 Courtroom: 5B
19
                                      No oral argument pursuant to Local Rule
20
21
22
23
24
25
26
27
28

                                              Case No. 22-cv-1832-L-JLB

Defendant U.S. Securities and Exchange Commission respectfully moves this Court for an order dismissing Plaintiff's request for a declaratory judgment pursuant to Federal Rule of Civil Procedure 12(b)(1).

Dated:  February 6, 2023

                                              */s/ Alexandra Verdi*
                                              Alexandra Verdi
                                              Attorney for Defendant
                                              Securities and Exchange Commission

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION
100 F. St., NE, Washington, D.C. 20549
Telephone No. (202) 551-5057; Facsimile No. (202) 772-9263

On February 6, 2023, I caused to be served the document **NOTICE OF SEC'S MOTION TO DISMISS** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Washington, D.C.

☒ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  February 6, 2023              */s/ Alexandra Verdi*
                                      Alexandra Verdi

1

*HODL LAW, PLLC v. SECURITIES AND EXCHANGE COMMISSION*
United States District Court—Southern District of California
Case No. 22-cv-1832-L-JLB

### SERVICE LIST

Frederick A. Rispoli
HODL LAW CALI, APC
27762 Antonio Parkway
Suite L-1, No. 232
Ladera Ranch, CA 92694
Filing@HodlLaw.org

Attorney for Plaintiff Hodl Law, PLLC