1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HODL LAW, PLLC,<br><br>      Plaintiff,<br><br>   vs.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>      Defendant. | Case No.  22-cv-1832-L-JLB<br><br>**[PROPOSED] ORDER GRANTING THE SEC'S MOTION TO DISMISS**<br><br>Honorable M. James Lorenz |

Having considered the defendant U.S. Securities and Exchange Commission's ("SEC") motion to dismiss,

IT IS HEREBY ORDERED that the SEC's motion to dismiss is granted.

IT IS SO ORDERED.

Date: _____

                                                Hon. M. James Lorenz
                                                UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION
    100 F. St., NE, Washington, D.C. 20549
    Telephone No. (202) 551-5057; Facsimile No. (202) 772-9263

On February 6, 2023, I caused to be served the document entitled **[PROPOSED] ORDER GRANTING THE SEC'S MOTION TO DISMISS** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Washington, D.C.

☒ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date:  February 6, 2023                /s/ *Alexandra Verdi*
                                                Alexandra Verdi

*HODL LAW, PLLC v. SECURITIES AND EXCHANGE COMMISSION*
United States District Court—Southern District of California
Case No. 22-cv-1832-L-JLB

### SERVICE LIST

Frederick A. Rispoli
HODL LAW CALI, APC
27762 Antonio Parkway
Suite L-1, No. 232
Ladera Ranch, CA 92694
Filing@HodlLaw.org

Attorney for Plaintiff Hodl Law, PLLC