**HODL LAW CALI, APC**
Frederick A. Rispoli, Cal. Bar No. 321794
27762 Antonio Parkway
Suite L-1, No. 232
Ladera Ranch, CA 92694
Telephone: (213) 292-5200
Filing@HodlLaw.org
*Attorney for Plaintiff Hodl Law, PLLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HODL LAW, PLLC<br><br>*Plaintiff*,<br><br>vs.<br><br>SECURITIES AND EXCHANGE COMMISSION<br><br>*Defendant*. | Case No.: 22-cv-1832<br><br>**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF HODL LAW'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT SEC'S MOTION TO DISMISS**<br>**AND**<br>**REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**[1]<br><br>Judge: Hon. M. James Lorenz<br>Courtroom: 5B |

On May 16, 2023, a district court judge for the Southern District of New York ordered the unsealing of 'the Hinman Speech Documents,' referring to a set of documents about discussions among the highest levels of staff at Defendant Securities and Exchange Commission ("SEC") regarding the agency's decision in June 2018 to publicly announce that the Ether digital currency unit ("DCU") and Ethereum Network were not securities—

---

[1] Plaintiff provided the SEC with an advance copy of this notice and the SEC objected to its filing and Plaintiff's request for leave to file a supplemental briefing.

1                                                                 Case No. 22-cv-1832

the very subject of this declaratory action. *See SEC v. Ripple Labs, Inc.*, 2023 WL 3477552 (S.D.N.Y. May 16, 2023) (denying SEC's request to keep the Hinman Speech Documents sealed and holding "they are judicial documents subject to a strong presumption of public access")] The parties in that action filed pleadings that unsealed the Hinman Speech Documents for public view on June 13, 2023.²

The Hinman Speech Documents are voluminous, and their entirety are not included in this filing. Those excerpts that are included as exhibits contradict the SEC's arguments to the Court that it has "not issued final decisions about the Ethereum network and Ether." ECF No. 5 at 10-11. The Hinman Speech Documents demonstrate that, in 2018, the SEC was aware it was deliberately sowing confusion in the digital asset industry and then decided to greenlight and subsequently promote a speech that Ether and the Ethereum Network are not securities under the jurisdiction of the SEC. As examples only:

- The SEC Office of General Counsel ("OGC") acknowledged it did not have direct authority over DCUs, noting an existent "regulatory gap." **Exhibit 1**, Hinman Speech Document Email (6/12/18) at SEC-LIT-EMAILS-000471403. *See also id.* (OGC stating "[t]his speech acknowledges that there is an 'other' category—it's not a security because there's no controlling group (at least in the Howey sense), yet, like many other things (medication, credit cards) there may be a need for regulation to protect purchasers").

- OGC stating Hinman Speech exempting Ether from securities regulation would have a substantial impact on Ethereum Network participants: "the reaction seems less likely to focus on the analysis, and more likely to focus on the potential fallout of making a direct statement about Ether's status as a security." *Id.* at SEC-LIT-EMAILS-000471404.

---

² Plaintiff discussed the procedural history of the Hinman Speech and Hinman Speech Documents in its Complaint (at ¶¶ 75-86, ¶ 95) and its opposition to the SEC's motion to dismiss. ECF No. 6 at 10-12, 11 n.13.

- SEC's Director of Trading and Markets stating that "this might lead to greater confusion on what is a security" because Hinman's new test "go[es] beyond the typical Howey analysis." **Exhibit 2**, Hinman Speech Document Email (6/12/18) at 21.

- OGC suggestion that, with the Hinman Speech, "the less detail the better." **Exhibit 3**, Hinman Speech Document Email (5/25/18) at SEC-LIT-EMAILS-000470992.

- OGC advising speech "would provide less, not more, clarity to the industry on the question of whether ether is a security." **Exhibit 4**, Hinman Speech Document Email (6/6/18) at SEC-LIT-EMAILS-000471131.

- OGC proposed deleting the language about granting Ether DCU non-security status, writing "[w]e still have reservations about including a statement directly about Ether in the speech," in part because the statement would make it "**difficult for the agency to take a different position on Ether in the future**." Ex. 1 at SEC-LIT-EMAILS-000471404 (emphasis added).

- In one of the pre-speech emails shared among 18 high-level SEC staff and lawyers (with the subject line "**Ether speech**"), Mr. Hinman stated that after his personal call with the creator of the Ethereum Network confirmed "**our** understanding," he will proceed with the speech "that **we** do not need to see a need to regulate Ether, as it is currently offered, as a security." Ex. 4 at SEC-LIT-EMAILS-000471124 (emphasis added).

- OGC indicated that the SEC position that Ether and the Ethereum Network are not securities were direct decisions approved by then-Chair Clayton: "If Bill (and/or [Chair Clayton's] office wants to make a blanket statement that Ether is not a security (barring any changes of thought based on the meeting later this week with

[Ethereum creator] Buterin (or his counsel), we will need to discuss internally and with [senior SEC counsel]." **Ex. 4** at SEC-LIT-EMAILS-000471131.[3]

These cited excerpts are not exhaustive and Plaintiff therefore further seeks leave to file a supplemental memorandum in support of its opposition to the SEC's motion to dismiss of <u>not more than five pages</u> explaining the relevance of these internal SEC documents to the issues before the Court.

Dated this 23rd day of June, 2023.

                                                               **HODL LAW CALI, APC**

By:   /s/ Frederick A. Rispoli
        Frederick A. Rispoli
        27762 Antonio Parkway
        Suite L-1, No. 232
        Tel: 213-292-5200
        Filing@HodlLaw.org
        *Attorney for Plaintiff Hodl Law, PLLC*

---

[3] *See also* Jay Clayton, *Testimony on "Oversight of the U.S. Securities and Exchange Commission"* (June 21, 2018) ("Our Corporate Finance Division Director recently further outlined the approach staff takes to evaluate whether a digital asset is a security").

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

HODL LAW CALI, APC
27762 Antonio Parkway
Suite L-1, No. 232
Tel: 213-292-5200

On June 23, 2023 I caused to be served the document entitled "**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF HODL LAW'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT SEC'S MOTION TO DISMISS AND REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**" on all parties to this action addressed as stated on the attached service list:

- **ELECTRONIC MAIL**: By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list; and

- **E-FILING**: By causing the documents to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 23, 2023          By:     /s/ Frederick A. Rispoli_____
                                      Frederick A. Rispoli

# SERVICE LIST

*HODL LAW, PLLC V. SECURITIES AND EXCHANGE COMMISSION*
United States District Court—Southern District of California
Case No. 22-cv-1832-L-JLB

Alexandra Verdi
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F. St. NE
Washington, D.C. 20549
verdim@sec.gov

US Attorney's Office Southern District of California
Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101
Efile.dkt.civ@usdoj.gov

Attorneys for Defendant Securities and Exchange Commission