**HODL LAW CALI, APC**
Frederick A. Rispoli, Cal. Bar No. 321794
27762 Antonio Parkway
Suite L-1, No. 232
Ladera Ranch, CA 92694
Telephone: (213) 292-5200
Filing@HodlLaw.org
*Attorney for Plaintiff Hodl Law, PLLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HODL LAW, PLLC<br><br>    *Plaintiff,*<br><br>vs.<br><br>SECURITIES AND EXCHANGE COMMISSION<br><br>    *Defendant.* | Case No.: 22-cv-1832<br><br>**HODL LAW, PLLC'S NOTICE OF APPEAL OF ORDER GRANTING DEFENDANT SECURITIES AND EXCHANGE COMMISSION'S MOTION TO DISMISS COMPLAINT [ECF NO. 12]**<br><br>District Judge: Hon. M. James Lorenz<br>Action Filed: November 21, 2022 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR COUNSEL:**

Notice is hereby given that Plaintiff Hodl Law, PLLC hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order Graning Defendant Securities And Exchange Commission's Motion To Dismiss Complaint, which was filed on July 28, 2023, at ECF No. 12 (the "Order"). Hodl Law, PLLC appeals from all parts of the Order. A true and correct copy of the Order is attached hereto as Exhibit A.

//

//

1

DATED: September 25, 2023

                                     **HODL LAW CALI, APC**

                    By:   /s/ Frederick A. Rispoli
                          Frederick A. Rispoli
                          27762 Antonio Parkway
                          Suite L-1, No. 232
                          Tel: 213-292-5200
                          Filing@HodlLaw.org
                          *Attorney for Plaintiff Hodl Law, PLLC*