UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HODL LAW, PLLC, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> U.S. SECURITIES & EXCHANGE COMMISSION, <br><br> Defendant - Appellee. | No. 23-55810 <br><br> D.C. No. 3:22-cv-01832-L-JLB <br> U.S. District Court for Southern California, San Diego <br><br> **MANDATE** |

The judgment of this Court, entered August 22, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT